THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN BRODI | : |
|       Plaintiff | : |
| v. | :   3:12-CV-1146 |
| | :   (JUDGE MARIANI) |
| SEARS HOLDING CORP., et al., | : |
|       Defendants | : |

## ORDER

A telephonic case management conference was conducted in the above-captioned matter on October 16, 2012. Participating on behalf of Plaintiff was Kim Borland. Participating on behalf of Defendants was Christin Choi. The purpose of this Order is to set forth the pre-trial schedule established as a result of the conference. **AND NOW, THIS 17TH DAY OF OCTOBER, 2012, IT IS HEREBY ORDERED THAT:**

1. Pursuant to the Expense and Delay Reduction Plan adopted by this Court, this case is assigned to the "Standard" case management track. An Order scheduling the pre-trial conference and setting forth the requirements for that conference and for trial will follow.

2. Motions for joinder of parties shall be filed no later than **December 28, 2012**; motions to amend pleadings shall be filed no later than **December 28, 2012**.

3. All fact discovery shall be completed by **March 29, 2013**.

4. Plaintiff shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **April 12, 2013**. Defendant shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **May 17, 2013**. Supplemental expert witness reports shall be filed no later than **June 14, 2013**.

5. All dispositive motions along with supporting briefs shall be filed by **April 30, 2013**.

6. No discovery motion shall be filed until after the disputing parties have conferred with the Court in an effort to resolve the discovery dispute. The discovery conference with the Court may be conducted by telephone at the request of any of the disputing parties.

7. On or before **March 29, 2013**, Plaintiff shall provide the Court with a written report concerning the status of discovery and whether the parties have agreed to refer this matter to mediation under the Local Rules of Court.

Robert D. Mariani
United States District Judge